UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSOX LLC and JAMES PAUL CHERNESKI,

Plaintiffs,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-09533 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiffs' Motion to Seal. Dkt. 11. Plaintiffs specifically request that three documents be filed under seal: Schedule A attached to the Complaint, Exhibit 3 to the Declaration of James Paul Cherneski, and Exhibit 1 to the Declaration of Yingchun Hou (the "Sealed Documents"). *Id.* at 2. For the reasons provided on the record at the November 12, 2026 hearing, and as reflected in the Court's November 12, 2026 Temporary Restraining Order, the Court GRANTS Plaintiffs' request.

The Sealed Documents shall be sealed and remain sealed until Defendants' Accounts and Defendants' Assets are restrained. Plaintiffs shall file unsealed versions of the Sealed Documents using the CM/ECF system prior to the expiration of this Court's November 12, 2026 Temporary Restraining Order.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11.

Dated: November 12, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge